OPINION — AG — **** REGENTS OF HIGHER EDUCATION — HOUSE JOINT RESOLUTION **** THE CREATION OF A BRANCH FACILITY OF LANGSTON UNIVERSITY, LOCATED IN TULSA, OKLAHOMA, WITHOUT PRIOR LEGISLATIVE APPROVAL, IS CONTRARY TO THE EXPRESSED WILL OF THE LEGISLATURE AS EXPRESSED IN HOUSE JOINT RESOLUTION 1053 OF THE 36TH LEGISLATURE. CITE: ARTICLE VI, SECTION 11 (GREGG THOMAS) ** SEE: OPINION NO. 94-503 (1994) **